FILED BY _Mc_ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE 05 AUG 17 AM 9: 19
WESTERN DIVISION

CLERK, US DISTRICT COURT
W/D OF TN. MEMPHIS

**UNITED STATES OF AMERICA**

v.

**KERRY ANDRE SHELTON**                    05cr20158-2-Ml

---

### ORDER ON ARRAIGNMENT

---

This cause came to be heard on _August 16, 2005_ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _Robert Hardy for: H. Durham_ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

____ The defendant, who is not in custody, may stand on his present bond.
__✓__ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_____
UNITED STATES MAGISTRATE JUDGE

CHARGES - 21:846
CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE

Attorney assigned to Case: S. Canale

Age: 30

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _8-17-05_



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 10 in case 2:05-CR-20158 was distributed by fax, mail, or direct printing on August 17, 2005 to the parties listed.

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT