IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 NOV -9 PM 3: 25

CLERK, ___ GOULD
___ DISTRICT COURT
W/D OF TN MEMPHIS

---

UNITED STATES OF AMERICA

v.

KERRY A. SHELTON                                    05cr20158-Ml

---

### ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY
### UNDER THE SPEEDY TRIAL ACT

---

The defendant has this day notified the Court that he is attempting to obtain private counsel to represent him in this action. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. §3161(h)(8)(B)(iv), a defendant may be granted a period of excludable delay while attempting to obtain private counsel.

It is therefore ORDERED that the time period of __11-9-05__ through __11-16-05__ be excluded from the time its imposed by the Speedy Trial Act for trial of this case, while the defendant is attempting to obtain private counsel.

**ARRAIGNMENT IS RESET TO** __11-16-05__ AT __10:00__ A.M.
**BEFORE MAGISTRATE JUDGE** __S. Thomas Anderson__.

This __9th__ day of __November__, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __11-14-05__

(31)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:05-CR-20158 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT