IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____D.C.

05 NOV 14 AM 9:53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.                                                    No. 05-20158-02-Ml

KERRY A. SHELTON

ORDER ON ARRAIGNMENT
ON SUPERSEDING INDICTMENT

This cause came to be heard on <u>November 9, 2005</u>. The United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel, who is **retained**:

NAME:            <u>Handel Durham</u>
ADDRESS:      <u>100 North Main Street, Suite 2601</u>
                      <u>Memphis, TN 38103</u>
PHONE NO.:  <u>901-543-0866</u>

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

_____  The defendant, who is not in custody, may stand on his present bond.
  X    The defendant, ~~(not having made bond)~~ ~~(being a state prisoner)~~ <u>(being a federal prisoner)</u> (being <u>held without bond pursuant to BRA of 1984</u>), is remanded to the custody of the U.S. Marshal.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

Charges: 21 U.S.C. § 846

Assistant U. S. Attorney assigned to Case: S. Canale

Age: __30__

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-14-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:05-CR-20158 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT