IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff, | )<br>)<br>) |
| VS. | )<br>) CR. NO. 05-20158-Ml<br>) |
| KERRY A. SHELTON<br>    Defendant. | )<br>)<br>) |

**ORDER ON CHANGE OF PLEA**

    This cause came on to be heard on November 10, 2005, the United States Attorney for this district, Stuart Canale, appearing for the Government and the defendant, Kerry A. Shelton, appearing in person and with counsel, Handel Durham, who represented the defendant.

    With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 4 of the Indictment.

    Plea colloquy was held and the Court accepted the guilty plea.

    **SENTENCING** in this case is **SET** for **THURSDAY, FEBRUARY 9, 2006,** at **9:00 a.m., before Judge Jon Phipps McCalla.**

    Defendant is remanded to the custody of the U. S. Marshal.

    **ENTERED** this the 11 day of November, 2005.

                                   JON PHIPPS McCALLA
                                   UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-14-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:05-CR-20158 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT